ORIGINAL

**FILED**

11/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0641

Gilbert Campa
700 Conley Lake Rd.
Deer Lodge, Montana
—59722—

DA 22-0641

IN THE SUPREME COURT OF THE STATE OF MONTANA

GILBERT CAMPA,
　　　　Appellant,

vs.

STATE OF MONTANA,
　　　　Appellee.

FILED

NOV 1 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MOTION FOR APPOINMENT
OF COUNSEL

COMES NOW, Appellant, GILBERT CAMPA, do hereby Respectfully Request for the Montana Supreme Court to appoint an Appellant Attorney for the Notice of Appeal in Cause No. DC No. 07-0531 and 07-0917 that Appellant

has filed to the Supreme Court on, October 26th 2022, for the following reasons thereof:

1). Appellant is unable to afford counsel;

2). Appellant has very little access to the Law Library;

3). Appellant has only a limited understanding of the law; and

4). Appellant has no Law Dictionary or not even a regular dictionary, so therefore, sometime will make a mistake with the spelling of a word or two at times.

In deciding whether to appointment counsel for an indigant Defendant, the Court should consider the complexity of the circumstances with the case.

Dated this 7th day of November, 2022.

Gilbert Campa
Gilbert Campa

Attachment:

Mr. Koan Mercer was the Appellant Attorney for me in both of my 2007 and 2009 appeals. Therefore, if there is any way possible I can have Mr. Mercer assigned to me as the Appellant Attorney for my Notice of Appeal.

As Mr. Mercer did a very Excellent job for me back then, so I know of him to be one of the very Best Appellant Attorneys that there is that has been assigne by Your Supreme Court.

Dated this 7th day of November, 2022.

Gilbert Campa

Gilbert Campa